# Table of Exhibits     24-cv-439 (JRT/DLM)

Exhibit A – Crime scene access log

Exhibit B-1 – Affidavit of John Carney (Trial Counsel's computer expert)

Exhibit B-2 – Affidavit of Dr. Arden (Appellant Counsel's medical examiner expert)

Exhibit C – Article about Mark Lanterman and the computer evidence

Exhibit D – Selection from Police Reports

Exhibit E – Prosecutor Fink Reprimanded

Exhibit F – Kubik divorce

Exhibit G – Moody divorce

Exhibit H – Interview by Woodbury Police Department

Exhibit I – Email from Trial counsel to John Carney

Exhibit J – Chris Boecker (FBI) emails

Exhibit K – Screenshot of Amy's email

Exhibit L – Similarities between Elmquist and dogdaygod

Exhibit M – Timeline that matches evidence on 11/13/16

Exhibit N – Third Party report on bias of computer forensics

Exhibit O – Information about Apple Notes

Exhibit P – Selection from Computer Forensic Services (Mr. Lanterman's) report

Exhibit Q – Graph of GSR particles by distance

Exhibit R – Bitcoin transaction logs

Exhibit S – Dogdaygod posts

Exhibit T – John Carney Curriculum Vitae

Exhibit U – Spreadsheet of Besa Mafia emails

Exhibit V – Amy's Safari Browser queries

Exhibit W – Average weight a man can bench press

Exhibit X – Kristin's dog show alibi that matches dogdaygod's alibi





Stephen Allwine #256147

Exhibit Y – Prosecutor acknowledging that no Scopolamine was found in the house

Exhibit Z – Selection from Besa Mafia emails

Exhibit AA – Search warrants

Exhibit BB – Photos
    Photo 1 – Master bedroom luminol
    Photo 2 – Clean up area in hallway
    Photo 3A – Living room hallway natural light
    Photo 3B – Living room hallway luminol (boot print)
    Photo 4A – Dining room hallway natural light
    Photo 4B – Dining room hallway luminol
    Photo 5A – Guest Bathroom hallway natural light
    Photo 5B – Guest Bathroom hallway luminol
    Photo 6A – Guest Bathroom natural light
    Photo 6B – Guest Bathroom luminol
    Photo 7A – JLA Bedroom hallway natural light
    Photo 7B – JLA Bedroom hallway luminol
    Photo 8A – JLA Bedroom natural light
    Photo 8B – JLA Bedroom luminol
    Photo 9A – Laundry room natural light
    Photo 9B – Laundry room luminol
    Photo 10 – Light blue washcloth
    Photo 11 – Drinking glasses on Amy's nightstand

Exhibit CC – List of devices that were given to Mr. Lanterman

Exhibit DD – SMS Text messages from Amy's phone

Exhibit EE – FBI Notes

Exhibit FF – List of Crime Scene Photos

Exhibit GG – Selection from Optanix Report

Exhibit HH – Affidavit from Trial Counsel (Kevin DeVore)