## List of 66 devices provided by Nate Dittmar

001 MacBook Pro G8WN
002 MacBook Pro FD56
003 Samsung S7 SM-G930V
004 Samsung S5 SM-G900V
005 iPhone 6S A1688
006 iPhone 6 A1522
007 iPhone 6 Model:A1549
008 iPhone 4S Model:A1387
009 Pantech Model: ADR8995VW
010 LG Phone, Model: LG-VS876
011 HP Pavilion G6-1D98DX LT
012 Lenovo Thinkpad 20FN
013 HP 15-AY012DX LT
014 iPad Pro Model: A1652
015 iPad Air Model: A1475
016 Seagate 3.5 500 GB HD
017 Seagate 2 TB Ext
018 WD My Passport 320 GB
019 WD Ext My Passport Ultra
020 Disk Go Edge Ext Drive
021 Apricorn Ext 500 GB
ailcam → 022 Lexar 32 GB SD
hibit D, 023 Polaroid 512 MB SD
is        024 2 GB MSD
025 Virtual Hold TD
026 Olympus Audio Record
027 PNY 32 GB TD
028 Silver TD
029 Wildgame 2 GB SD
030 Lexar 16 GB SDHC
031 Patriot 4 GB MSD
032 Verizon Jet Pack 4G LTE
033 Patriot 4 GB MSD
034 FitBit USB
035 Lexar Music Player
036 RCA USB Audio Player
037 NUSET TD
038 SanDisk Cruzer 4 GB
039 Dynex Card Reader
040 Silver Patriot TD - Allwine
041 Gigaware 8 GB SD
042 SanDisk 16 GB MSD
043 SanDisk Ultra Plus 64 GB MSD
044 Smart Compact Flash Card
045 DVD Win 2008 Server

046 CD-R Windows 2003 Ent
047 Optical Disc Windows 2003 Ent Bootable
048 Optical Disc Windows 2k3 Server
049 Toshiba 16 GB TD
050 Microsoft Partner TD
051 Fitbit USB Device
052 Dane 8 GB TD
053 Yellow Micros Center 129 GB TD
054 Cisco Systems UCS Server
055_Dell_P14F
056 Toshiba 3.5 Drive FBI images
057 Apple Pink 5C A1532
058 Seagate 4 Bay NAS
059 WCAO Discovery 1-23-2017 DVD
060 Cottage Grove Disc 1 of 2 DVD
061 Cottage Grove Disc 2 of 2 DVD
062 Cottage Grove Photos/Warrant DVD
063 Lexar Linux Bluehost 16 GB TD
064 Lexar PDFs Bluehost 16 GB TD
065 Imation 16 GB Bluehost TD
066 Blue and Silver 16 GB Bluehost TD

Nate Dittmar
Vice President of Forensic Services
ComputerForensic Services
Pence Building
800 Hennepin Ave., 5th Floor
Minneapolis, MN 55403
952-924-9920 office
952-924-9921 fax
ndittmar@compforensics.com
www.compforensics.com

SCANNED
FEB 12 2024
U.S. DISTRICT COURT MPLS

Exhibit CC